

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CAMOCO, LLC, D/B/A PRT STAFFING-EL PASO, | § | No. 08-17-00029-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| JORGE TERRAZAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2016-DCV2502) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause to the trial court for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF DECEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.